# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| Gina Pacheco on behalf or<br>Minors, G.A.P. 1 and G.A.P. 2 et al,<br><br>    Plaintiffs<br>           v.<br><br>Pedro A. Toledo, former Superintendent of the Police of the Commonwealth of Puerto Rico, et al,<br><br>    Defendants | **CIVIL NO. 10-1480 (ADC)**<br><br><br>**WRONGFUL DEATH<br>VIOLATION OF CIVIL RIGHTS<br>SUPPLEMENTAL JURISDICTION**<br><br><br>**PLAINTIFFS DEMAND TRIAL BY JURY** |

MOTION REQUESTING SUBSTITUTION OF PARTY

**TO THE HONORABLE COURT:**

Come Now Plaintiffs through undersigning counsels and respectfully Allege and Pray as follows:

1. As is of general public knowledge, Ex-Superintendent of the Police of Puerto Rico Pedro A. Toledo died on December 23, 2012.

2. Federal Rule of Civil Procedure 25 requires that upon the death of a party, any party in the case may move for his substitution through a motion.

3. Plaintiffs hereby requests that Pedro A. Toledo be substituted by is estate comprised by his surviving sons: Pedro Jorge Toledo Bayouth, Luis Fernando Toledo Bayouth, Juan José Toledo Bayouth and José Eduardo Toledo Bayouth.

WHEREFORE, plaintiffs respectfully requests that defendant Pedro A. Toledo be duly substituted by his estate as informed above.

Respectfully submitted.

I hereby certify that on this same date I have electronically filed copy of the foregoing with the clerk of the court using the CM/ECF system which will send notification of such filling to all attorneys of record.

In San Juan, Puerto Rico, this 30th day of January, 2013.

| | |
|---|---|
| S/WILMA REVERÓN COLLAZO | S/RENE ARRILLAGA ARMENDARIZ |
| USDC No. 204802 | USDC No. 211403 |
| P.O. Box 9023317 | Ave. Hostos #430 |
| Viejo San Juan, Puerto Rico | Hato Rey, Puerto Rico |
| 00902-3317 | 00918 |
| Tel. (787) 277-0670 | Tel. (787) 763-7663 |
| Fax (787) 722-5236 | Fax (787) 754-1644 |
| Email: wilmarc@prtc.net | Email: arrillagalaw@yahoo.com |
| wilma.reveron@capr.org | |